RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorneys for Defendant,*
State Farm Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CODY FURROW<br><br>            Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>            Defendants. | CASE NO.:<br><br><br>**PETITION FOR REMOVAL** |

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

Defendants, State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its attorneys, Hall Jaffe & Clayton, LLP, hereby remove this action to the United States District Court for the District of Nevada.

The basis of removal is as follows:

1.      This Court has original jurisdiction over the subject matter of this action under the provisions of 28 U.S.C. § 1332 in that there is complete diversity between the parties and more than $75,000 in controversy, exclusive of interest and costs.

2.      State Farm is a defendant in the above-entitled action now pending in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-778274-C State Farm is an Illinois corporation with their principal place of business in that state, and are authorized to transact insurance under the laws

of the State of Nevada. Plaintiff, Cody Furrow (hereinafter "Plaintiff"), is a citizen of the state of Nevada.

3. With respect to the amount in controversy, the pleadings coupled with the claims file, the non-privileged portions of which are incorporated in full by this reference, establish that the case has an amount in controversy in excess of the federal diversity jurisdiction threshold. More specifically, this case involves a UIM breach of contract and extra-contractual claims stemming from a rear-end impact accident. Plaintiff allegedly sustained cervical and lumbar injuries as a result of the accident, and has allegedly incurred over $122,000.00 in past medical specials and alleges at least an additional $12,700 in claimed future medical specials relating to future injection/branch block procedures. Plaintiff has demanded the $50,000 UIM policy limit from State Farm, but State Farm has not paid any amount of UIM benefits; thus, there is at least $50,000 in contractual damages in controversy. Moreover, the complaint alleges a separate claim for "unjust enrichment," which seeks separate damages in excess of $15,000. Also, the complaint seeks to hold State Farm liable for special damages, which the complaint, itself, identifies as being in excess of $122,000. Finally, the complaint, itself, alleges an additional amount for "expectation damages" in excess of $15,000. These allegations in the complaint, coupled with the documents in the claims file, further confirm that there is an amount in controversy well in excess of the federal diversity jurisdiction threshold. *See e.g., Hunter v. United Van Lines*, 746 F.2d 635, 649 (9th Cir. 1984) (holding that in cases involving a single plaintiff, the aggregate value of the plaintiff's claims may be used to meet the $75,000 amount in controversy requirement); *Everett v. Verizon* Wireless, Inc., 460 F.3d 818 (6th Cir. 2006), *abrogated on other ground, Hertz Corp. v. Friend*, 559 U.S. 767 (2010); *Long John Silver's, Inc. v. DIWA III, Inc.*, 650 F. Supp. 2d 612, 617 (E.D. Ky. 2009); *Iglesias v. Mutual Life Ins. Co.*, 918 F.Supp. 31, 37 (D. P.R. 1996).

4. The Notice of Removal is timely. Service of the Summons and Complaint upon State Farm was effected by service upon the Commissioner of Insurance of the State of Nevada on August 16, 2018.

5. Copies of Plaintiff's Complaint, Summons, and Proof of Service, with respect to State Farm are attached hereto as "Exhibit A – Summons and Service Docs." This constitutes all of the papers and pleadings served on State Farm.

6.    State Farm has concurrently filed a copy of this Notice of Removal with the Clark County District Court Clerk, and has served a copy of this upon Plaintiff.

Based on the foregoing, Defendant, State Farm, hereby removes the above action now pending in District Court, Clark County, Nevada, Case No. A-18-778274-C, to this Court.

DATED this 13th day of September, 2018.

HALL JAFFE & CLAYTON, LLP

By /s/ Riley A. Clayton
RILEY A. CLAYTON
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant*

3

**CERTIFICATE OF E-SERVICE**

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify under penalty of perjury that I am an employee of HALL JAFFE & CLAYTON, LLP, and that on the ___ day of September, 2018, the foregoing **Petition for Removal**, was served upon the parties via the Court's e-filing and service program, addressed as follows:

> Richard A. Harris, Esq.
> Johnathan M. Leavitt, Esq.
> RICHARD HARRIS LAW FIRM
> 801 South Fourth Street
> Las Vegas, NV 89101
> jleavitt@richardharrislaw.com
> *Attorneys for Plaintiff*

_____
An Employee of
HALL JAFFE & CLAYTON, LLP